16 So.2d 197

## Joe RUSSELL v. STATE.

### 8 Div. 241.

Court of Appeals of Alabama.

March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Lash v. State, ante, p. 121, 14 So.2d 235.

16 So.2d 198

## Voley GLOVER v. STATE.

### 8 Div. 242.

Court of Appeals of Alabama.

March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

This case, as to the two controlling questions presented by the appeal, is in pari similibus with the cases of Lash v. State, ante, p. 121, 14 So.2d 235 and Threet v. State, post, p. 133, 16 So.2d 195, this day decided by this court.

In the said Lash and Threet cases, it was pointed out that an affirmance of the judgments of conviction, respectively, was due to be entered pursuant to an opinion delivered to this court by our Supreme Court Code 1940, Title 13, Sec. 95.

Upon authority, therefore, of said cases (Lash and Threet), the judgment of the lower court in this case is ordered affirmed.

Affirmed.

16 So.2d 200

## Clarence JONES v. STATE.

### 8 Div. 245.

Court of Appeals of Alabama.

March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

This case, as to the two controlling questions presented by the appeal, is in pari similibus with the cases of Lash v. State, ante, p. 121, 14 So.2d 235, and Threet v. State, post, p. 133, 16 So.2d 195, this day decided by this court.

In the said Lash and Threet cases, it was pointed out that an affirmance of the judgments of conviction, respectively, was due to be entered pursuant to an opinion delivered to this court by our Supreme Court. Code 1940, Title 13, Sec. 95.

132

Upon authority, therefore, of said cases (Lash and Threet), the judgment of the lower court in this case is ordered affirmed.

Affirmed.

16 So.2d 206

## Roy RALEY v. STATE.

### 8 Div. 257.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

This case, as to the two controlling questions presented by the appeal, is in pari similibus with the cases of Lash v. State, ante, p. 121, 14 So.2d 235 and Threet v. State, post, p. 133, 16 So.2d 195, this day decided by this court.

In the said Lash and Threet cases, it was pointed out that an affirmance of the judgments of conviction, respectively, was due to be entered pursuant to an opinion delivered to this court by our Supreme Court. Code 1940, Title 13, Sec. 95.

Upon authority, therefore, of said cases (Lash and Threet), the judgment of the lower court in this case is ordered affirmed.

Affirmed.

16 So.2d 203

## Edward HOLDEN v. STATE.

### 8 Div. 251.

Court of Appeals of Alabama.
March 16, 1943.

Rehearing Denied April 6, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and L. S. Moore, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

This case, as to the two controlling questions presented by the appeal, is in pari similibus with the cases of Lash v. State, ante, p. 121, 14 So.2d 235, and Threet v. State, post, p. 133, 16 So.2d 195, this day decided by this court.

In the said Lash and Threet cases, it was pointed out that an affirmance of the judgments of conviction, respectively, was due to be entered pursuant to an opinion delivered to this court by our Supreme Court. Code 1940, Title 13, Sec. 95.

Upon authority, therefore, of said cases (Lash and Threet), the judgment of the lower court in this case is ordered affirmed.

Affirmed.